MUNCH, Respondent, v. GOLDENKRANZ, Appellant. (Supreme Court, Appellate Term. March 12, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Martin O. Munch against Solomon Goldenkranz. From a judgment in favor of plaintiff, defendant appeals. Reversed. Meyer Greenberg, for appellant. Leopold W. Harburger, for respondent.

PER CURIAM. We think the judgment was against the weight of evidence and that the facts were as testified to by the witness White and the defendant, namely, that the plaintiff, by a mutual agreement between him, White, and the defendant, was to pay for the furniture, and the defendant and White were to pay the rent and incidental expenses. The purchase of the pool tables was a subsequent matter with which the defendant had nothing to do. The expense of that purchase was to be shared between White and the plaintiff in proportions agreed upon between them. The other items embraced in the recovery need not now be discussed. The judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

MYERS, Appellant, v. TOWN OF GATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Fred Myers against the town of Gates. No opinion. Judgment and order affirmed, with costs.

NATIONAL BANK OF COMMERCE, Respondent, v. SCHLESINGER, Appellant. (Supreme Court, Appellate Division, First Department, February 23, 1906.) Action by the National Bank of Commerce against Leo Schlesinger, as receiver. S. F. Kneeland, for appellant. R. V. Harrington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEATE, Respondent, v. GELM, Sheriff, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Reuben Neate against John Gelm, sheriff. No opinion. Order granted requiring cause to be shown on the 12th day of October, 1906, why the judgment appealed from should not be reversed.

NEVILLE, Appellant, v. PENNSYLVANIA & W. V. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Michael K. Neville against the Pennsylvania & West Virginia Company. No opinion. Motion for resettlement denied.

NEWMAN, Respondent, v. BURNS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Annie Newman against Kathryn L. Burns and others.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents, on the ground th there is not sufficient evidence to warrant t conclusion that the mortgage was a purcha money mortgage.

In re NIAGARA, L. & O. POWER C (Supreme Court, Appellate Division, Four Department. March 21, 1906.) In the matt of the application of the Niagara, Lockport Ontario Power Company relating to acquiri title to certain lands of Rosalie Flaka. opinion. Motion for leave to appeal to t Court of Appeals granted, and question certifi to that court for review. See 97 N. Y. Sup 853.

In re NIAGARA, L. & O. POWER C (Supreme Court, Appellate Division, Four Department. March 21, 1906.) In the matt of the application of the Niagara, Lockport Ontario Power Company to acquire title certain lands of Dennis L. Prisch. No opinio Motion for leave to appeal to the Court of A peals granted, and question certified to th court for review. See 97 N. Y. Supp. 858.

O'BRIEN et al., Respondents, v. BRADY al., Appellants. (Supreme Court, Appellate L vision, Second Department. March 2, 190( Action by Thomas F. O'Brien and Mary Brady, as administrators, etc., against Thom H. Brady, James Brady, Alice Brady, a Jennie Brady, impleaded with others. No opi ion. Judgment affirmed, with costs.

OIL WELL SUPPLY CO., Respondent, PHŒNIX IRON WORKS CO., Appellar (Supreme Court, Appellate Division, Four Department. March 21, 1906.) Action by t Oil Well Supply Company against the Ph( nix Iron Works Company. No opinion. Jud ment affirmed, with costs.

OIL WELL SUPPLY CO., Respondent, PHŒNIX IRON WORKS CO., Appellar (Supreme Court, Appellate Division, Four Department. March 21, 1906.) Action by t Oil Well Supply Company against the Phœn Iron Works Company. No opinion. Motion f reargument denied, with $10 costs. Motion f leave to appeal to the Court of Appeals denie upon the ground that permission is unnecessar See Blady v. Rothschild, 170 N. Y. 574, ( N. E. 1094.

OLENICK, Appellant, v. HABER et al., R spondents. (Supreme Court, Appellate Ter February 27, 1906.) Appeal from Municip Court, Borough of Manhattan, Ninth Distri( Action by Alfred Olenick against Morrsi Hab and others. From a judgment for defendan plaintiff appeals. Reversed. Schleimer Schleimer (Max Schleimer, of counsel), for a pellant. Henry J. Block, for respondents.

PER CURIAM. There seems to have be( sufficient testimony introduced without obje